SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNDRA STEPHENS, Individually, | Case No. 2:24-cv-01700-RFB-DJA |
| Plaintiff, | **Stipulation and Order to Extend Time to File a Response** |
| v. | |
| JOHN ROBERT SKINNER, Individually; DOE RENTER, an Individual; EAN HOLDINGS, LLC, a Foreign-Limited Liability Company; ENTERPRISE LEASING COMPANY – WEST, LLC, a Foreign Limited Liability Company; UNITED STATES OF AMERICA; DEPARTMENT OF THE AIR FORCE; NELLIS AIR FORCE BASE; DOES I-XX; Inclusive; and ROE CORPORATIONS I-XX, Inclusive; | **(Third Request)** |
| Defendants. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Federal Defendant United States of America, for itself and on behalf of the Department of the Air Force, Nellis Air Force Base, and John Robert Skinner, a defendant herein who was acting within the course and scope of federal employment or office at the time of the subject incident ("Federal Defendants"), through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his state court complaint in the Eighth Judicial District Court of Nevada on June 18, 2024. ECF No. 3, p. 2, ¶ 5.

Plaintiff served Federal Defendants with a copy of the state court summons and complaint on August 23, 2024. ECF No. 3, pp. 1-2, ¶¶ 1-2.

1  Federal Defendants removed the state court case on September 12, 2024. ECF No. 1.

2  On September 30, 2024, counsel for Plaintiff and Federal Defendants agreed to a 90-
3  day extension of time from September 30, 2024, for Federal Defendants to retrieve the
4  information needed to review and to respond to the allegations in Plaintiff's complaint. Since
5  the time the last stipulation was filed and approved by the Court, the parties have discussed
6  on numerous occasions potential issues regarding the submission of an SF 95 Form by
7  Plaintiff. Based on these discussions and the need for additional time to investigate these
8  issues Plaintiff and Federal Defendants agreed to an additional 30-day extension of time from
9  December 30, 2024, to January 31, 2025, to retrieve additional information regarding the
10 submission of an SF 95 Form and to respond to the allegations in Plaintiff's complaint. On
11 January 29, 2025, counsel for the Plaintiff and Defendants discussed procedural issues with
12 the lack of submission of SF 95 Form by the Plaintiff to the Agency regarding Plaintiff's
13 claims pursuant to 28 U.S.C. § 2675 and have agreed to an additional 45-day extension of
14 time from **January 31, 2025,** to **March 17, 2025**, for Federal Defendants to file a responsive
15 pleading to Plaintiff's complaint. This is the third request for an extension of time.

16  This stipulated request is filed in good faith and not for the purposes of undue delay.

17  Respectfully submitted this 30th day of January 2025.

18 DENTON CHO

SUE FAHAMI
Acting United States Attorney

*/s/ Marianne Y. Denton*
MARIANNE Y. DENTON, ESQ.
Nevada Bar No. 12360
411 E. Bonneville Ave., #300
Las Vegas, NV 89101

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Defendants*

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 2/3/2025

2